AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-cr-00292 |
| MELVIN GREEN | ) Assigned To : Kollar-Kotelly, Colleen |
|  | ) Assign. Date : 8/25/2023 |
|  | ) Description: INDICTMENT (B) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MELVIN GREEN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 4: 18 U.S.C. § 3 - Accessory After the Fact

Date:   08/25/2023

Digitally signed by G. Michael Harvey
Date: 2023.08.25 15:57:33 -04'00'

*Issuing officer's signature*

City and state:   WASHINGTON, DC

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 8/31/23, and the person was arrested on *(date)* 8/31/23
at *(city and state)* Washington DC.

Date: 8/31/23

*Arresting officer's signature*

ERIC Montgomery Special Agent
*Printed name and title*