UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-CR-292-7 (CKK) |
| | : | |
| MELVIN GREEN, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S SUPPLEMENTAL MEMORANDUM
## IN SUPPORT OF PRETRIAL DETENTION FOR DEFENDANT MELVIN GREEN

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this supplement to the Government's Omnibus Memorandum in Support of Pretrial Detention for Defendants (ECF No. 16) in further support of its motion that defendant MELVIN GREEN be detained pursuant to 18 U.S.C. § 3142(f)(1)(E).

First, regarding the theft of multiple bags from Victim-1's black Mercedes SUV committed by RAMEL HENDERSON, DELONTE MUNDARAY, MARQUISE JACKSON, and MARQUETTE JACKSON that occurred on the 4400 block of F Street SE beginning at approximately 2:33 a.m. prior to the carjacking and kidnapping (*see* ECF No. 16 at 10-11), surveillance video reveals that GREEN appeared to serve as a lookout. Specifically, after MUNDARAY, HENDERSON, and MARQUETTE JACKSON initially approached the Mercedes SUV, MUNDARAY waved multiple times in GREEN's direction to signal that other persons should stay away and move away from his location. GREEN immediately responded by turning and waving other persons in the vicinity away and back from the road, sidewalk, and grass hill area overlooking the street where the black Mercedes SUV was located. *See* Govt. Supp. Exhibit 1 (4431 F Street SE surveillance video beginning at approximately 2:31:40 a.m.).



*MUNDARAY, HENDERSON, and MARQUETTE JACKSON at the Mercedes SUV (circled in yellow)*
*GREEN circled in red*



*MUNDARAY signaling to move away*





*GREEN responds by moving other persons away from F Street SE*

This underscores GREEN's connection to the co-defendants, and specifically MUNDARAY, during their offenses against Victims 1 and 2 during that period.

Second, the surveillance video footage of GREEN's conduct during the armed carjacking and kidnapping of Victims 1 and 2 by the co-defendants and other subjects at the black Mercedes SUV—at the same location, just over an hour later—not only demonstrates that these serious and

3

violent offenses were fully visible to GREEN, but also that GREEN *ran* to his co-defendants to assist. In fact, it appears that Victim-2—after having been robbed and stripped at gunpoint—was forcibly shoved into the trunk of the black Mercedes SUV while GREEN was approaching.



*GREEN running toward the black Mercedes SUV during the offenses*
*(MUNDARAY visible in the driver's seat)*

*See also* ECF No. 16 at 24-26, 50-52. The intentional and urgent manner in which GREEN responded to the offenses and interacted with MUNDARAY, upon which GREEN received the black L-shaped object that appears to be MUNDARAY's firearm, demonstrates the strong connection between GREEN and the offenses committed by the co-defendants and other subjects against Victims 1 and 2.

Third, multiple findings during the August 31, 2023, search warrants executed in furtherance of this investigation further demonstrate the serious danger that GREEN's conduct, disregard for the law, and disregard for the safety and well-being of others poses to the community. *See also id.* at 53-56. Although GREEN was found and arrested with TERRELL at 4425 F Street SE, Washington, D.C.—a residence in the building across the street from where the offenses occurred—the investigation had identified 4935 Collingtons County Drive, Bowie, Maryland

4

20720 as the location where GREEN was believed to primarily reside[1]. Specifically, a cellular device used by GREEN repeatedly generated GPS data in or near the vicinity of the intersection of Fairwood Parkway and Church Road in Fairwood, Maryland, within which 4935 Collingtons Bounty Drive is located. The device has generated such GPS data at this location multiple times on August 15, 2023, between 4:48 a.m. and 4:27 PM; on August 16, 2023, between 5:21 a.m. and 5:11 p.m.; and on August 17, 2023, between 4:06 a.m. and 6:57 p.m. In addition, a cellular device used by HENDERSON repeatedly generated GPS data in or near the vicinity of the same intersection of Fairwood Parkway and Church Road in Fairwood, Maryland, within which 4965 Collingtons Bounty Drive is located. The device generated such GPS data at this location multiple times on August 15, 2023, between 5:27 a.m. and 4:27 p.m.; on August 16, 2023, between 4:37 a.m. and 4:57 a.m.; and on August 18, 2023, between 2:57 p.m. to 4:27 p.m.

In addition, on August 22, 2023, at approximately 1:50 p.m., law enforcement observed GREEN, HENDERSON, and a third male leave the residence, enter a vehicle, and depart from the location. GREEN carried a small brown shoulder bag; HENDERSON carried a gray backpack and a black duffle bag; and the third male carried a black and white duffle bag. The departure of the vehicle from the area corresponded with the GPS information generated by GREEN's and HENDERSON's cellular devices. Prior to the departure, GPS data from both GREEN's and HENDERSON's cellular devices indicated that they were in the area of Collingtons Bounty Drive on August 22, 2023, since at least 2:57 a.m. and 3:27 a.m., respectively.

---

[1] The investigation also revealed that HENDERSON resided primarily at two residences, 4935 Collingtons Bounty Drive and another address in Northeast D.C. subsequently identified as 3685A Jay Street NE, #302, Washington, D.C.



*GREEN in front of 4935 Collingtons Bounty Drive*
*August 22, 2023, at approx. 1:50 p.m.*



*HENDERSON in front of 4935 Collingtons Bounty Drive*
*August 22, 2023, at approx. 1:50 p.m.*

During the August 31, 2023, search of 4935 Collingtons County Drive, law enforcement found four firearms inside the residence, including three Glock pistols (two previously reported stolen) and one AK-variant pistol, and assorted ammunition and firearm magazines. Specifically, the Glock pistol (Serial No. MP1546DC) located on a sofa in a ground floor living space was previously reported stolen by the Metropolitan Police Department in September 2014.



Notably, the black and gray Nike hooded jacket worn by GREEN during the offenses was located on the sofa next to the loaded stolen MPD firearm. *See id.* at 56. At the time the firearm was recovered, it was loaded with one round in the chamber and 14 additional rounds in the magazine. Law enforcement also found a folder of paperwork in GREEN's name in a kitchen drawer at the location, which further reveals GREEN's connection to the residence.

\*   \*   \*

In sum, GREEN's own conduct prior to and during the offenses demonstrated a strong connection to, and support of, the co-defendants and their violent armed offenses against Victims 1 and 2. Moreover, the August 31, 2023, search warrants further demonstrated GREEN's connection to the offenses, offense location, and his co-defendants. In addition, the search warrant at 4935 Collingtons County Drive, a primary residence for GREEN in the period leading up to his arrest—where four firearms (including two previously reported stolen) and numerous magazines and accessories were found—makes plain the danger that GREEN's conduct has and may still cause for the community should he be conditionally released. Therefore, for the reasons set forth in the Government's Omnibus Memorandum, this Supplement, and at the hearings on this motion, the Government respectfully submits that defendant MELVIN GREEN should be detained pending trial in this case because there is no condition or combination of conditions that will assure the safety of the community.

                              Respectfully submitted,

                              MATTHEW M. GRAVES
                              United States Attorney

By:    */s/ Thomas G. Strong*
        THOMAS G. STRONG
        ALICIA M. LONG
        Assistant United States Attorneys
        601 D Street NW
        Washington, D.C. 20001
        (202) 252-7063
        thomas.strong@usdoj.gov
        (202) 252-6889
        alicia.long@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be served upon counsel of record via email on September 18, 2023.

        By:    */s/ Thomas G. Strong*
                Thomas G. Strong
                Assistant United States Attorney